1  **MCGUIREWOODS LLP**
   Molly M. White (SBN 327536)
2  1800 Century Park East
   8th Floor
3  Los Angeles, CA 90067-1501
   Telephone: (310) 315-8200
4  Facsimile: (310) 315-8210

5  **MCGUIREWOODS LLP**
   Alicia A. Baiardo (SBN 254228)
6  Email: abaiardo@mcguirewoods.com
   Two Embarcadero Center,
7  201 Clay Street Suite 1300
   San Francisco, CA 94111
8  Telephone: (415) 844-9944
   Facsimile: (415) 844-9922

9
   *Attorneys for Defendant*
10 *Wells Fargo Clearing Services, LLC*

11

12                **UNITED STATES DISTRICT COURT**

13                **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  CINDY INNOCENT SNYDER, | Case No.: 2:25-cv-02531-AC |
| 15         Plaintiff, | [County of Placer Superior Court Case No. S-CV-0055245] |
| 16     vs. | |
| 17  WELLS FARGO CLEARING SERVICES, LLC, doing business as WELLS FARGO ADVISORS, COREBRIDGE FINANCIAL, INC., AMERICAN GENERAL LIFE INSURANCE CORPORATION, and DOES 1 through 10, inclusive, | **SECOND JOINT STIPULATION EXTENDING DEFENDANT WELLS FARGO CLEARING SERVICES, LLC, D/B/A WELLS FARGO ADVISORS' TIME TO RESPOND TO COMPLAINT** |
| 18 | |
| 19 | Complaint Filed: May 13, 2025 |
| 20         Defendants, | First Amended Complaint Filed: July 11, 2025 |
| 21 | Judge: Hon. Allison Claire |

22
23
24
25
26
27
28

This Stipulation is made by and between Plaintiff Cynthia Innocent Snyder ("Plaintiff") and Defendant Wells Fargo Clearing Services, LLC, doing business as Wells Fargo Advisors ("Defendant") collectively referred to as "Parties," through their respective counsel and in light of the following facts:

**RECITALS**

WHEREAS, on May 13, 2025, Plaintiff filed a Complaint in the Superior Court of the State of California for the County of Placer (the "State Court"), entitled, "*CINDY INNOCENT SNYDER v. WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, a Delaware Corporation, doing business in California; COREBRIDGE FINANCIAL, INC., a Delaware Corporation, doing business in California; AMERICAN GENERAL LIFE INSURANCE CORPORATION, a Texas Corporation, doing business in California; and DOES 1-10, inclusively*," Case No. S-CV-0055245;

WHEREAS, Wells Fargo Advisors Financial Network, LLC was served a copy of the Complaint and Summons on or about May 15, 2025;

WHEREAS, on July 11, 2025, Plaintiff filed a First Amended Complaint (the "FAC") in the State Court in a case entitled, "*CINDY INNOCENT SNYDER v. WELLS FARGO CLEARING SERVICES, LLC, operating under the trade name of WELLS FARGO ADVISORS; COREBRIDGE FINANCIAL, INC., a Delaware Corporation, doing business in California; AMERICAN GENERAL LIFE INSURANCE CORPORATION, a Texas Corporation, doing business in California; and DOES 1-10, inclusively*," Placer County Superior Court Case No. S-CV-0055245 (the "State Court Action");

WHEREAS, on July 15, 2025, Plaintiff sent Defendant a copy of the FAC, Summons, and a Notice and Acknowledgement of Receipt;

WHEREAS, on August 4, 2025, Defendant returned a signed Notice and Acknowledgement of Receipt of the Summons and FAC, and service was effectuated as of this date;

WHEREAS, on September 3, 2025, the State Court Action was removed to the United States District Court, Eastern District of California;

WHEREAS, on September 10, 2025, the Parties stipulated to extend the deadline for Defendant to respond to the FAC to October 8, 2025 [ECF No. 5];

WHEREAS, the Parties are engaging in good-faith settlement discussions and believe that continued settlement discussions might result in global resolution of the case without wasting the Court and the Parties' time and resources;

WHEREAS, this request for an extension of time is made in good faith and not for the purpose of delay, and will not prejudice any party;

WHEREAS, the Parties have stipulated to one prior extension of Defendant's response deadline [ECF No. 5];

WHEREAS, for judicial economy, to give the Parties time to continue informal settlement negotiations, the Parties stipulate Defendant's deadline to respond to the FAC shall be extended to October 22, 2025;

## **STIPULATION**

THEREFORE, the Parties agree via their respective attorneys as follows:

1. Defendant's time to file a responsive pleading in this action shall be extended by fourteen (14) days up to and including **October 22, 2025**.
2. This is the second extension of time to respond for Defendant.
3. This extension will not affect any other deadline in this case.
4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of the Parties.

DATED: October 6, 2025                **DOWNEY BRAND LLP**

By:  /s/ Tyson E. Hubbard
Tyson E. Hubbard
Krystan Miller-Caballero

*Attorneys for Plaintiff Cindy Innocent Snyder*

1  DATED: October 7, 2025                **McGuireWoods LLP**

3                                        By: /s/ Molly M. White
                                             Molly M. White
4                                            Alicia A. Baiardo

5                                        *Attorneys for Defendant*
                                         *Wells Fargo Clearing Services, LLC, doing business*
6                                        *as Wells Fargo Advisors*

**ORDER**

The Court, having read and considered Plaintiff Cynthia Innocent Snyder ("Plaintiff") and Defendant Wells Fargo Clearing Services, LLC, doing business as Wells Fargo Advisors' ("Defendant") second stipulated request to extend time to respond to the First Amended Complaint pursuant to Local Rule 144, and good cause appearing therefore, the Court hereby orders the following:

Defendant's response deadline is extended to October 22, 2025.

**IT IS SO ORDERED.**

Dated: October 7, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4
SECOND JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT WELLS FARGO CLEARING SERVICES, LLC, D/B/A WELLS FARGO ADVISORS TO RESPOND TO COMPLAINT