DOWNEY BRAND LLP
TYSON E. HUBBARD (Bar No. 296318)
thubbard@downeybrand.com
KRYSTAN MILLER-CABALLERO (Bar No. 346478)
kcaballero@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Plaintiff
CYNTHIA INNOCENT SNYDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA INNOCENT SNYDER,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO CLEARING SERVICES, LLC, ET AL.,<br><br>        Defendants. | Case No. 2:25-CV-02531-WBS-AC<br><br>**STIPULATION OF DISMISSAL OF ACTION; ORDER FOR DISMISSAL OF ACTION**<br><br>Trial Date:           Not Set |

Plaintiff CYNTHIA INNOCENT SNYDER ("Plaintiff"), Defendant WELLS FARGO CLEARING SERVICES, LLC, operating under the trade name of WELLS FARGO ADVISORS ("Wells Fargo"), COREBRIDGE FINANCIAL, INC. ("Corebridge"), AMERICAN GENERAL LIFE INSURANCE COMPANY ("American General") (collectively, the "Parties"), submit the following stipulation and application for order under Rule 41(a)(2) of the Federal Rules of Civil Procedure:

**RECITALS**

1.    WHEREAS, on May 13, 2025, Plaintiff filed a complaint in the Superior Court of the State of California, in and for the County of Placer, entitled *Cindy Innocent Snyder v. Wells Fargo Clearing Services, LLC, et al.*, Case No. S-CV-0055245.

2.    WHEREAS, on July 11, 2025, Plaintiff filed a First Amended Complaint (the "FAC") in the Superior Court of the State of California, in and for the County of Placer, entitled

1  *Cindy Innocent Snyder v. Wells Fargo Clearing Services, LLC, et al.*, Case No. S-CV-0055245.

2      3.    WHEREAS, on September 3, 2025, Corebridge filed an Answer to the FAC in the
3  Superior Court of the State of California, in and for the County of Placer, entitled *Cindy Innocent*
4  *Snyder v. Wells Fargo Clearing Services, LLC, et al.*, Case No. S-CV-0055245.

5      4.    WHEREAS, on September 3, 2025, American General filed an Answer to the FAC
6  in the Superior Court of the State of California, in and for the County of Placer, entitled *Cindy*
7  *Innocent Snyder v. Wells Fargo Clearing Services, LLC, et al.*, Case No. S-CV-0055245.

8      5.    WHEREAS, on September 3, 2025, Wells Fargo filed a Notice of Removal in
9  *Cindy Innocent Snyder v. Wells Fargo Clearing Services, LLC, et al.*, Case No. S-CV-0055245,
10  whereby it removed the action to this Court.

11      6.    WHEREAS, the Parties have entered into a settlement agreement in full resolution
12  of the action.

13      7.    WHEREAS, pursuant to the terms of the settlement agreement, the Parties shall
14  bear their own costs and attorney fees.

## **STIPULATION**

16  NOW THEREFORE, the undersigned parties, by and through their counsel, agree and
17  stipulate that:

18      1.    The Parties have resolved the pending matter through the execution of a settlement
19  agreement;

20      2.    Each Party is to bear its own costs and attorney fees in connection with the Action.

21      3.    The Complaint shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii)
22  of the Federal Rules of Civil procedure.

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

| | |
|---|---|
| DATED: October 23, 2025 | DOWNEY BRAND LLP |

By: _____
TYSON E. HUBBARD
KRYSTAN MILLER-CABALLERO
Attorneys for Plaintiff CINDY INNOCENT SNYDER

DATED: October 23, 2025  McDOWELL HETHERINGTON LLP

By:  */s/ Jodi K. Swick* (as approved on October 22, 2025)
Jodi K. Swick
Daniella M. McDonagh
Attorneys for Defendants
AMERICAN GENERAL LIFE INSURANCE COMPANY

DATED: October 23, 2025  McGUIRE WOODS LLP

By:  */s/ Molly M. White* (as approved on October 22, 2025)
Molly M. White
Alicia A. Baiardo
Attorneys for Defendant
WELLS FARGO CLEARING SERVICES, LLC, doing business as WELLS FARGO ADVISORS

**ORDER**

The Court having considered the foregoing stipulation and request for dismissal under Rule 41(a)(2) of the Federal Rules of Civil Procedure, and finding the terms of the stipulation proper and good cause for the dismissal, hereby orders the following:

The First Amended Complaint shall be dismissed with prejudice, and each Party is to bear its own costs and attorney fees. Accordingly, the Clerk of Court is DIRECTED to dismiss the action.

IT IS SO ORDERED.

Dated: October 23, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE